

# Fourth Court of Appeals
## San Antonio, Texas

March 5, 2020

No. 04-20-00110-CR

Juan **CERDA,**
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR9972-W1
Honorable Kevin M. O'Connell, Judge Presiding

# O R D E R

In the trial court, appellant filed a pro se application for post-conviction writ of habeas corpus pursuant to article 11.07 of the Texas Code of Criminal Procedure, attacking his felony conviction in 2016-CR-9972-W1 for which he was sentenced to seven years' imprisonment. When his application was denied by the trial court, he filed a notice of appeal seeking review by this court. The courts of appeals, however, have no jurisdiction over felony post-conviction writs of habeas corpus. *See Ex parte Beard*, 494 S.W.3d 315, 315-16 (Tex. App.—Waco 2015, no pet.). Post-conviction writs of habeas corpus must be filed in the court of conviction, but made returnable to the Texas Court of Criminal Appeals. *See* TEX. CODE CRIM. PROC. ANN. art. 11.07, § 3.

We therefore ORDER appellant to show cause on or before **March 20, 2020** why this appeal should not be dismissed for lack of jurisdiction. All appellate deadlines are suspended pending further order of this Court.

Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of March, 2020.



MICHAEL A. CRUZ,
Clerk of Court